IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LIAKOPOULOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 24-cv-07781 |
| v. ) | |
| ) | Hon. Jorge L. Alonso |
| EMMET WELCH, CITY OF CHICAGO, a ) | |
| municipal corporation, KIM FOXX, in her ) | |
| individual capacity, ALYSSA JANICKI, in ) | |
| her individual capacity, LYNN MCCARTHY, ) | |
| in her individual capacity, THE COUNTY OF ) | |
| COOK, a municipal corporation ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ASSISTANT STATE'S ATTORNEYS
ALYSSA JANICKI AND LYNN MCCARTHY'S
<u>MOTION TO DISMISS</u>**

NOW COMES Defendants, Assistant State's Attorney Alyssa Janicki and Assistant State's Attorney Lynn McCarthy, by and through their attorneys, Oberts Galasso Law Group, and pursuant to Federal Rule of Civil Procedure 12(b)(6), move this Honorable Court to dismiss Plaintiff's complaint with prejudice against them. In support thereof, Defendants incorporate their accompanying Memorandum of Law in Support of Dismissal.

Respectfully submitted,

/s/ William B. Oberts
Special State's Attorney for ASA Alyssa
Janicki and ASA Lynn McCarthy

William B. Oberts
Kevin C. Kirk
Oberts Galasso Law Group
161 N. Clark St, Suite 1600
Chicago IL 60601
wboberts@obertsgalasso.com
kckirk@obertsgalasso.com
docket@obertsgalasso.com

1